UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-2322**

———————

JIMMIE ECHOLS,

              Plaintiff - Appellant,

       v.

BRANCH BANKING AND TRUST,

              Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City. Louise W. Flanagan, District Judge. (2:14-cv-00040-FL)

———————

Submitted: February 25, 2016        Decided: February 29, 2016

———————

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jimmie Echols, Appellant Pro Se. David Gerald Cahill, Caroline P. Mackie, POYNER SPRUILL LLP, Raleigh, North Carolina; Kristen Price Miller, POYNER SPRUILL LLP, Rocky Mount, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

———————

PER CURIAM:

Jimmie Echols appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Echols v. Branch Banking & Trust, No. 2:14-cv-00040-FL (E.D.N.C. filed Sept. 30, 2015, entered Oct. 1, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED